# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANANH BUI, DDS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:21-cv-03688 CAS (SKx)<br><br>(Honorable Christina A. Snyder)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41 (a)]**<br><br>Removal Filed:  4/30/21 |

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 7, 2022.

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

1